UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NOOR JAHAN SAKHAWATI,<br>P.O. Box 101.<br>Tujunga CA 91043<br><br>Plaintiff,<br><br>   vs.<br><br>JEH JOHNSON, Secretary Department<br>of Homeland Security,<br>Washington, DC  20528<br><br>LEON RODRIGUEZ, Director of the United<br>States Citizenship and Immigration Services,<br>20 Massachusetts Avenue, NW<br>Washington, DC 20529<br><br><br>         Defendants | Case No.:<br><br>COMPLAINT |

## DESCRIPTION OF ACTION

1. This is an action brought by plaintiff, NOOR JAHAN SAKHAWATI, A098225911, against the defendants to compel USCIS to grant her 240 days of interim employment authorization while her application for employment authorization is pending.

## JURISDICTION

2. This being a civil action against the United States arising under the Immigration and Nationality Act, 8 U.S.C. § 1101 et. seq., the Mandamus Act, 28 U.S.C. § 1361, and the Administrative Procedure Act, 5 U.S.C. § 701 et seq., all laws of the United States, original jurisdiction over this matter is vested in this Court by 28 U.S.C. § 1331.

## DESCRIPTION OF PARTIES

3. The plaintiff, NOOR JAHAN SAKHAWATI, is a citizen of Bangladesh, residing in Tujunga, California.

4. The defendant, JEH JOHNSON, is the Secretary of Homeland Security, and as such has the authority to grant employment authorization to noncitizens in the United States. He resides for official purposes in the District of Columbia.

5. The defendant, LEON RODRIGUEZ, is the Director of the United States Citizenship and Immigration Services (the "USCIS"), the agency within the Department of Homeland Security to which the authority to grant employment authorization to noncitizens in the United States has been delegated. He resides for official purposes in the District of Columbia.

## BRIEF STATEMENT OF RELEVANT FACTS

6. NOOR JAHAN SAKHAWATI applied for asylum in removal proceedings on April 3, 2006.

7. She was granted asylum by an immigration judge on May 22, 2006.

8. However, the government then appealed and the Board of Immigration Appeals remanded her matter back to the Immigration Judge who then denied her asylum on December 12, 2013.

9. She then appealed unsuccessfully to the Board of Immigration Appeals, then filed a petition for review in the Sixth Circuit Court of Appeals which reversed the Board's decision remanding my case back to the Immigration Judge. *Sakhawati v. Lynch*, 823 F.3d 852 (6th Cir. 2016), and remanded her case to the Board of Immigration Appeals, where it is currently pending.

10. On approximately May 31, 2016 NOOR JAHAN SAKHAWATI filed an application for asylum under section 8 C.F.R. § 274a.12(c)(8) (pertaining to applicants for asylum, including those who case is on appeal or judicial review, 8 C.F.R.. § 274a.12(c).

11. On October 31, 2016 the USCIS sent NOOR JAHN SAKHAWATI an email acknowledging that her I-765 was still pending and stating that "Your case is currently being adjudicated. You should receive a notice of action within 45 days.".

12. 8 C.F.R. § 274a.14(d) provides in relevant part that:

USCIS will adjudicate the application (for employment authorization) within 90 days from the date of receipt of the application, except as described in 8 CFR 214.2(h)(9)(iv), and except in the case of an initial application for employment authorization under 8 CFR 274a.12(c)(8), which is governed by paragraph (a)(2) of this section, and 8 CFR 274a.12(c)(9) in so far as it is governed by 8 CFR 245.13(j) and 245.15(n). Failure to complete the adjudication within 90 days will

3

result in the grant of an employment authorization document for a period not to exceed 240 days. Such authorization will be subject to any conditions noted on the employment authorization document. (parenthetical materials added).

13. Despite the fact that it has now been at least 160 days since Ms. Sakhawati has filed her application for employment authorization, USCIS has neither adjudicated that application nor otherwise granted her an employment authorization document.

COUNT I

14. Defendant JEH JOHNSON, Secretary of Homeland Security and Defendant LEON RODRIGUEZ, Director of the United States Citizenship and Immigration Services, are both officers or employees of the United States Department of Homeland Security.

15. Defendant JEH JOHNSON, Secretary of Homeland Security and Defendant LEON RODRIGUEZ, Director of the United States Citizenship and Immigration Services both owe a duty to the Plaintiff to adjudicate her application for employment authorization within a reasonable period of time. 5 U.S.C. § 555(b) ("With due regard for the convenience and necessity of the parties or their representatives and within a reasonable time, each agency shall proceed to conclude a matter presented to it.").

16. USCIS regulations provide that 90 days is not merely a reasonable, but in fact a mandatory period in which to adjudicate an application for employment authorization.

17. The period of time in which this application has been pending with Defendant JEH JOHNSON, Secretary of Homeland Security and Defendant LEON RODRIGUEZ, Director of the United States Citizenship and Immigration Services, is well beyond the 90 days which these officers or employees reasonably require to adjudicate it.

18. The fact that Defendant JEH JOHNSON, Secretary of Homeland Security and Defendant LEON RODRIGUEZ, Director of the United States Citizenship and Immigration Services have not adjudicated plaintiff's application for employment authorization within 90 days of filing means that they both owe a duty to the Plaintiff to immediately issue her an employment authorization document for a period not to exceed 240 days.

19. This Court has authority under 28 U.S.C. § 1361 to compel an officer or employee of the United States to perform a duty owed to the Plaintiff.

20. This Court also has authority under 5 U.S.C. § 706(1) to compel agency action unlawfully withheld or unreasonably delayed.

RELIEF REQUESTED

WHEREFORE it is respectfully requested that the Court find that an adjudication of NOOR JAHAN SAKHAWATI's application for refugee travel document has been

unreasonably delayed and order Defendant JEH JOHNSON, Secretary of Homeland Security, Defendant LEON RODRIGUEZ, Director of the United States Citizenship and Immigration Services, and Defendant MARK J. HAZUDA, the Director of the United States Citizenship and Immigration Services' Nebraska Service Center, to

a) Immediately issue plaintiff evidence that she is authorized to be employed for a period no less than that which the defendants commit themselves to adjudicate her application for employment authorization and no more than 240 days or, if the defendants make no such commitment, 240 days, and

b) adjudicate the Plaintiff's application for employment authorization in a period no more than the period for which they grant her employment authorization

Respectfully submitted this 7th day of November, 2016

    s/ Michael E. Piston
    Michael E. Piston (MI002)
    Attorney for Plaintiff
    225 Broadway
    Suite 307
    New York, NY, 10007
    Ph: 646-845-9895
    Fax: 206-770-6350
    Email: michaelpiston4@gmail.com